IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRIS KITCHEN, DIAMONIQUE FRANKLIN, and ROSIE JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>DEVELOPMENTAL SERVICES OF NEBRASKA, INC., AUTISM CENTER OF NEBRASKA, INC., OMNI BEHAVIORAL HEALTH, and ANGELA MITCHELL,<br><br>Defendants. | 8:20CV8<br><br>DISMISSAL ORDER |

This matter is before the Court on its own motion. This case was reassigned to the undersigned on January 28, 2020. Filing No. 15. Thereafter, the Court conducted an initial review and determined that plaintiffs Diamonique Franklin and Rosie Jones did not state a federal cause of action. The Court gave these two plaintiffs 21 days from May 8, 2020 to file the amended complaint. Filing No. 16. As of this date, neither party has filed the required amended complaint. Accordingly, the Court will dismiss these two plaintiffs from the lawsuit.

THEREFORE, IT IS ORDERED THAT plaintiffs Diamonique Franklin and Rosie Jones are dismissed from this lawsuit.

Dated this 30th day of June, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge