IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRIS KITCHEN,<br><br>        Plaintiff,<br><br>vs.<br><br>DEVELOPMENTAL SERVICES OF NEBRASKA, INC., AUTISM CENTER OF NEBRASKA, INC., OMNI BEHAVIORAL HEALTH, and ANGELA MITCHELL,<br><br>        Defendants. | **8:20CV8**<br><br>**ORDER** |

    This matter is before the Court on the motion for default judgment, Filing No. 56. The plaintiff asks for default judgment but failed to first ask for a motion for Clerk of Court's entry of default pursuant to Federal Rule of Civil Procedure 55. Because plaintiff is *pro se*, the Court will order the Clerk of Court to construe this motion, Filing No. 56, as a motion for Clerk's entry of default. The plaintiff should review Federal Rule of Civil Procedure 55 as to the clerk's entry of default and as to default judgment.

    Additionally, the Court is unclear whether the complaint in this case was actually served on the defendant Angela Mitchell or just served on Project Harmony. *See* Filing No. 47. As a result, the Court orders the Clerk of Court to send a copy of this order to the defendant Angela Mitchell at Project Harmony, 11949 Q Street, Omaha, NE 68137. Further, the Clerk's office is hereby directed to process this motion per Clerk's office procedure.

    **IT IS SO ORDERED**.

Dated this 10th day of November, 2020.

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon
                                                        Senior United States District Judge