IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRIS KITCHEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEVELOPMENTAL SERVICES OF NEBRASKA, INC., AUTISM CENTER OF NEBRASKA, INC., and OMNI BEHAVIORAL HEALTH, AND ANGELA MITCHELL,<br><br>　　　　　Defendants. | 8:20CV08<br><br>**JUDGMENT** |

　　　Pursuant to the Memorandum and Order entered on this date, Judgment is hereby entered in favor of the Defendant Mitchell and against the Plaintiff.  This case, and all matters contained within pertaining to Defendant Mitchell, is hereby dismissed with prejudice.

　　　Dated this 19th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge