# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **IRIS KITCHEN,** | |
| **Plaintiff,** | **8:20CV08** |
| vs. | **ORDER** |
| **DEVELOPMENTAL SERVICES OF NEBRASKA, INC., AUTISM CENTER OF NEBRASKA, INC., and OMNI BEHAVIORAL HEALTH,** | |
| **Defendants.** | |

Plaintiff has filed a motion for my recusal. (Filing No. 127). Plaintiff once again seeks my recusal based upon her dissatisfaction with the settlement conference conducted on December 8, 2021. Plaintiff reiterates the same arguments made when orally seeking my recusal on December 8, 2021. For the reasons set forth in my prior order, see Filing No. 126, Plaintiff's motion to recuse is denied.

**IT IS ORDERED** that Plaintiff's Motion for Recusal (Filing No. 127) is denied.

Dated this 14th day of December, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge