IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRIS KITCHEN<br><br>        Plaintiff,<br><br>vs.<br><br>DEVELOPMENTAL SERVICES OF NEBRASKA, INC., AUTISM CENTER OF NEBRASKA, INC., OMNI BEHAVIORAL HEALTH,<br><br>        Defendants. | Case No. 8:20CV8<br><br>ORDER |

      Before the Court is the request for production of a CD of hearings held on December 2, 2021, January 11, 2022, and January 28, 2022. A recording does not exist for December 2, 2021, because the hearing was continued to December 3, 2021. The court will consider the request to include a CD from the hearing held on December 3, 2021. Upon review,
.

      IT IS ORDERED:

1.     The request for production of a CD, filing [148] is granted.

2.     Iris Kitchen, is advised that the cost of the CD is $32.00 for each date a hearing was held. The total cost of the CDs for December 3, 2021, January 11, 2022, and January 28, 2022, is $96.00. To proceed with this request, payment should be sent to the Clerk of Court.

3.     Upon receipt of the payment, the Clerk of Court is ordered to prepare CDs of the hearings held on December 3, 2021, January 11, 2022, and January 28, 2022. A copy of this order should also be mailed to Iris Kitchen.

DATED: February 14, 2022

                                       BY THE COURT:

                                       s/ Michael D. Nelson
                                       United States Magistrate Judge