IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRIS KITCHEN,<br><br>                  Plaintiff,<br><br>vs.<br><br>DEVELOPMENTAL SERVICES OF NEBRASKA, INC., AUTISM CENTER OF NEBRASKA, INC., OMNI BEHAVIORAL HEALTH,<br><br>                  Defendants. | Case No. 8:20cv8<br><br>ORDER |

      Before the Court is the request for transcript of hearings held on December 2, 2021, January 11, 2022, and January 28, 2022. A recording does not exist for December 2, 2021, because the hearing was continued to December 3, 2021. The court will consider the request to include a transcript from the hearing held on December 3, 2021. Upon review,

      IT IS ORDERED:

1.     The request for transcript, filing [148] is granted.

2.     Iris Kitchen, is advised that the total cost of the transcript for December 3, 2021, is $ 119.90. The total cost of the transcript for January 11, 2022, is $119.90, and the total cost for the transcript of the January 28, 2022, hearing is $239.80. To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcripts exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than the total $479.60, a refund check will be issued.

3.     Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearings held on December 3, 2021, January 11, 2022, and January 28, 2022. A copy of this order should also be mailed to Iris Kitchen.

      DATED: February 14, 2022

                                                    BY THE COURT:

                                                    s/ Michael D. Nelson
                                                    United States Magistrate Judge