# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **IRIS KITCHEN,** | |
| **Plaintiff,** | **8:20CV08** |
| vs. | **ORDER** |
| **DEVELOPMENTAL SERVICES OF NEBRASKA, INC., AUTISM CENTER OF NEBRASKA, INC., and OMNI BEHAVIORAL HEALTH,** | |
| **Defendants.** | |

Plaintiff has again filed a motion for my recusal. (Filing No. 187). Plaintiff once again seeks my recusal based upon her dissatisfaction with the settlement conference conducted on December 8, 2021. Plaintiff reiterates the same arguments made when orally seeking my recusal on December 8, 2021, and the current motion is identical to her prior motion for recusal filed on December 13, 2021. See Filing No. 127. For the reasons set forth in my prior order, see Filing No. 126, Plaintiff's motion to recuse is again denied.

**IT IS ORDERED** that Plaintiff's Motion for Recusal (Filing No. 187) is denied.

Dated this 17th day of March, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge