IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRIS KITCHEN,<br><br>    Plaintiff,<br><br> vs.<br><br>DEVELOPMENTAL SERVICES OF NEBRASKA, INC., AUTISM CENTER OF NEBRASKA, INC., and OMNI BEHAVIORAL HEALTH,<br><br>    Defendants. | 8:20CV8<br><br>ORDER |

This matter is before the Court on the application by the plaintiff, for leave to proceed *in forma pauperis* in this civil case, Filing No. 195. The Court has reviewed the record, including the affidavit of the plaintiff, and finds the motion should be granted. *See* 28 U.S.C. § 1915. Accordingly,

IT IS ORDERED Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing No. 195) is granted.

Dated this 20th day of April, 2022.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge