IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRIS KITCHEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEVELOPMENTAL SERVICES OF NEBRASKA, INC., AUTISM CENTER OF NEBRASKA, INC., and OMNI BEHAVIORAL HEALTH,<br><br>　　　　Defendants. | **8:20CV8**<br><br>**ORDER** |

This matter is before the Court on the plaintiff's motion for leave to file a response to defendants' motions for summary judgment and motion to extend motion for summary judgment response for 21 days. Filing Nos. 239 and 240. The Court being advised in the premises shall grant these two motions.

**THEREFORE, IT IS ORDRED THAT** Plaintiff's motions to extend, Filing Nos. 239 and 240 are granted. Plaintiff shall file her responses to defendants' motions for summary judgment, Fling Nos. 211, 218 and 229, within 21 days of the date of this Order.

Dated this 17th day of August, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge