IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRIS KITCHEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEVELOPMENTAL SERVICES OF NEBRASKA, INC., AUTISM CENTER OF NEBRASKA, INC., and OMNI BEHAVIORAL HEALTH,<br><br>　　　　　Defendants. | 8:20CV8<br><br>ORDER |

　　　This matter is before the Court on the plaintiff's motion to set aside judgment, Filing No. 271, motion for summons, Filing No. 273, and motion to recuse judges, Filing No. 274. The Court has reviewed these motions and finds them to be frivolous and fully without merit. The Court notes that this case has been previously dismissed. Filing No. 270. Plaintiff additionally filed an amended complaint, Filing No. 272, in a closed file. Plaintiff did not have permission to file an amended complaint.

　　　THEREFORE, IT IS ORDERED that Plaintiff's motion to set aside judgment, Filing No. 271, motion for summons, Filing No. 273, and motion to recuse judges, Filing No. 274, are denied. Further, the Clerk of Court is instructed to strike Filing No. 272.

　　　Dated this 29th day of June, 2023.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge