IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IRIS KITCHEN,<br><br>              Plaintiff,<br><br>  vs.<br><br>DEVELOPMENTAL SERVICES OF NEBRASKA, INC., AUTISM CENTER OF NEBRASKA, INC., and OMNI BEHAVIORAL HEALTH,<br><br>              Defendants. | 8:20CV8<br><br>Order |

Before the Court is the request for transcripts of hearings held on May 28, 2021, June 29, 2021, September 20, 2021, October 8, 2021, December 2, 2021, December 3, 2021, December 8, 2021, January 11, 2022, January 28, 2022, and February 25, 2022. (Filing No. 276). Recordings do not exist for September 20, 2021, or December 2, 2021. Upon review,

    IT IS ORDERED:

    1.    The request for transcript, filing [276] is granted.

    2.    Iris Kitchen, is advised that the total cost of the transcript for May 28, 2021, is $57.23. The total cost of the transcript for June 29, 2021, is $94.01. The total cost of the transcript for October 8, 2021, is $81.75. The total cost of the transcript for December 3, 2021, is $81.75. The total cost of the transcript for December 8, 2021, is $114.45. The total cost of the transcript for January 11, 2022, is $122.63. The total cost of the transcript for January 28, 2022, is $212.55, and the total cost of the transcript for February 25, 2022, is $114.45. To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcripts be less than $878.82, a refund check will be issued.

    3.    Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearings held on May 28, 2021, June 29, 2021, October 8, 2021, December 8, 2021, January 11, 2022, January 28, 2022, and February 25, 2022. The audio file for the hearing held on December 3, 2021, is restricted therefore, upon receipt of payment, the Clerk of Court is ordered

to prepare a transcript under **seal**. A copy of this order should also be mailed to Iris Kitchen.

DATED: July 20, 2023

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge