IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IRIS KITCHEN,

                    Plaintiff,                                    **8:20CV8**

        vs.

DEVELOPMENTAL SERVICES OF                          **ORDER**
NEBRASKA, INC., AUTISM CENTER OF
NEBRASKA, INC., and OMNI BEHAVIORAL
HEALTH,

                    Defendants.

This matter is before the Court on the following motions filed by the Plaintiff, Iris Kitchen: Filing No. 300, motion to amend complaint; Filing No. 302, motion for summons; Filing No. 303, motion for summons; Filing No. 304, motion for a hearing; Filing No. 305, motion for status update; and Filing No. 306, motion for a telephone conference. Plaintiff brought this lawsuit alleging discrimination in employment in violation of the Civil Rights Act of 1964, discrimination in contractual benefits in violation of 42 U.S.C. § 1981, retaliation for engaging in protected conduct in violation of 42 U.S.C. § 2000e 3(a), and breach of contract, unjust enrichment, and emotional distress under Nebraska state law. Filing No. 1 at 3–6.

This Court previously denied very similar motions in Filing Nos. 271, 273, and 274. In its order, the Court stated that these motions were frivolous and without merit. Filing No. 275. The Court also noted that this case has been previously dismissed. Filing No. 270. Thereafter, Plaintiff filed a notice of appeal, Filing No. 280, with the Eighth Circuit Court of Appeals. The Eighth Circuit summarily affirmed this Court's Order. Filing Nos. 285 and 286.

The Court has reviewed the new filings.  Generally, as previously stated herein, these filings are similar to, or the same as, the previous filings in this case that have already been denied.  Once again, they are frivolous.  Further, this case has been dismissed.  Plaintiff cannot continue to file pleadings in this case and is instructed to stop filing pleadings in this case.

**THEREFORE, IT IS ORDERED THAT PLAINTIFF'S MOTIONS** Filing No. 300, motion to amend complaint; Filing No. 302, motion for summons; Filing No. 303, motion for summons; Filing No. 304, motion for a hearing; Filing No. 305, motion for status update; and Filing No. 306, motion for a telephone conference, are all denied.

**IT IS FURTHER ORDERED THAT** Plaintiff shall not file any additional pleadings in this case.  The Clerk of Court is instructed to notify this office if more filings are made in this case by the Plaintiff.  The Clerk of Court shall not file any further filings prior to contacting this office.

Dated this 1st day of October, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge